IMO W. TOMS, Appellant, *v.* THE TOWN OF NEWFANE, Respondent.

*Toms* v. *Town of Newfane*, 155 App. Div. 881, appeal dismissed. (Argued February 23, 1915; decided March 3, 1915.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 22, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of the defendant.

The motion was made upon the ground that the Appellate Division had refused to amend its order of reversal so as to show that the facts had been reviewed and no error found therein.

*John J. Ryan* for motion.

*A. Edmund Lee* opposed.

Motion denied and appeal dismissed, with costs.